THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BEAR MARTINSON and MEGAN MARTINSON, husband and wife and the marital community comprised thereof,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign insurance company<br><br>　　　　　　　　Defendant. | No. 2:24-cv-01345-JCC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT PROGRESSIVE CASUALTY INSURANCE COMPANY |

## I.   STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action against defendant Progressive Casualty Insurance Company may be dismissed with prejudice and without an award of costs or fees to any party.

DATED: December 16, 2024.

| *Attorneys for Plaintiffs:* | *Attorneys for Defendant Progressive Casualty Insurance Company:* |
|---|---|
| **LAW OFFICES OF SAM ELDER PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Samuel J. Elder via email authority*<br>　Samuel J. Elder, Jr., WSBA No. 26085 | By: *s/Steven D. Jensen*<br>　Steven D. Jensen, WSBA No. 26495<br>　William Christopher Gibson, WSBA |

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 1
Case No. 2:24-cv-01345-JCC

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
Seattle, Washington 98101
Phone: 206.682.1550

| James Prescott, WSBA No. 52685 | No. 26472 |
|---|---|
| E-Mail:  sam@samelderlaw.com<br>             james@samelderlaw.com | E-mail: steve.jensen@jmblawyers.com<br>            chris.gibson@jmblawyers.com |

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 2
Case No. 2:24-cv-01345-JCC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## II. [PROPOSED] ORDER

Pursuant to the Stipulation above, it is hereby ORDERED that any and all claims and causes of action against defendant Progressive Casualty Insurance Company are dismissed with prejudice and without an award of costs or fees to any party.

DATED: December 17, 2024

JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

| *Attorneys for Plaintiffs:* | *Attorneys for Defendant Progressive Casualty Insurance Company:* |
|---|---|
| **LAW OFFICES OF SAM ELDER PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Samuel J. Elder via e-mail authority*<br>    Samuel J. Elder, Jr., WSBA No. 26085<br>    James Prescott, WSBA No. 52685<br><br>E-Mail:  sam@samelderlaw.com<br>           james@samelderlaw.com | By: *s/Steven D. Jesen*<br>    Steven D. Jensen, WSBA No. 26495<br>    William Christopher Gibson, WSBA No. 26472<br><br>E-mail: steve.jensen@jmblawyers.com<br>        chris.gibson@jmblawyers.com |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 3
Case No. 2:24-cv-01345-JCC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 16th day of December, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

*Counsel for Plaintiffs*

Samuel J. Elder, Jr., WSBA No. 26085
James Prescott, WSBA No. 52685
Law Offices of Sam Elder PLLC
5170 NW Sammamish Road
Issaquah, WA  98027
sam@samelderlaw.com
james@samelderlaw.com
alisha@samelderlaw.com
keri@samelderlaw.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 16th day of December, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 4
Case No. 2:24-cv-01345-JCC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550